UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                          )
PARALLAX VOLATILITY ADVISORS, L.P.,       )
a California Limited Partnership,          )
                          Plaintiff,       )
                                          )
 v.                                        )        CIVIL ACTION NO. 26-10483-MJJ
                                          )
JONATHAN WEEDON AND LAVENDER               )
TRADING SOLUTIONS,                         )
                          Defendants.      )
                                          )
```

### NOTICE OF APPEARANCE FOR DEFENDANTS, JONATHAN WEEDON AND LAVENDER TRADING SOLUTIONS

Please enter the appearance of Douglas B. Otto in the above-captioned matter on behalf

of the Defendants, Jonathan Weedon and Lavender Trading Solutions.

**JONATHAN WEEDON AND
LAVENDER TRADING SOLUTIONS,**

By their attorneys,

Dated: April 16, 2026
*/s/ Douglas B. Otto*
Douglas B. Otto (BBO#555269)
DARROWEVERETT LLP
50 Congress Street, Suite 1040
Boston, MA 02109
dotto@darroweverett.com
(617) 443-4500

### CERTIFICATE OF SERVICE

I, Douglas B. Otto, do hereby certify that on this 16th day of April, 2026, a copy of the foregoing Notice has been filed through the Court's CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class first class mail, postage prepaid, to those indicated as non-registered NEF participants.

*/s/ Douglas B. Otto*
Douglas B. Otto