UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

                                      )

PARALLAX VOLATILITY ADVISORS, L.P., )
a California Limited Partnership,       )
                      Plaintiff,      )
                                        )

 v.                                )      CIVIL ACTION NO. 26-10483-MJJ
                                        )

JONATHAN WEEDON AND LAVENDER   )
TRADING SOLUTIONS,             )
                    Defendants.    )
_____)

### ASSENTED-TO MOTION BY DEFENDANTS TO ENLARGE THE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the defendants, Jonathan Weedon and Lavender Trading Solutions, hereby move this Honorable Court to enlarge the time by which they have to respond to the Complaint by plaintiff, Parallax Volatility Advisors, L.P. [ECF No. 1].  In support hereof, the defendants state as follows:

1.      The Complaint in this matter was filed on January 30, 2026.

2.      The defendants accepted service on February 23, 2026. (*See*, Waiver of Service of Summons, ECF No. 5.) As a result, the defendants are due to respond to the Complaint on or by April 24, 2026.

3.      Following acceptance of service, the plaintiff and defendants (the "Parties"), through their respective counsel, have been engaged in discussions to expedite a possible early resolution of this matter. As part of those discussions, the Parties have been negotiating a workable forensic review of the defendants' IT systems as well as a potential stipulated preliminary injunction.

4.      The discussions are ongoing and have included various written disclosures by defendants to facilitate same.

5.      Accordingly, the defendants are requesting, and the plaintiff assents - subject to this Court's approval, of an additional thirty (30) days by which to respond to the Complaint through and including May 26, 2026.

6.      This is the first such request by the defendants and they submit that, if allowed, it will promote judicial efficiency and not prejudice either of the Parties.

**WHEREFORE**, the defendants, Jonathan Weedon and Lavender Trading Solutions, respectfully request that this Court grant them an enlargement of time by which to respond to the Complaint by plaintiff, Parallax Volatility Advisors, L.P., through and including May 26, 2026.

**JONATHAN WEEDON AND
LAVENDER TRADING SOLUTIONS,**

By their attorneys,

Dated:  April 22, 2026

*/s/ Douglas B. Otto*
Douglas B. Otto (BBO#555269)
DARROWEVERETT LLP
50 Congress Street, Suite 1040
Boston, MA 02109
dotto@darroweverett.com
(617) 443-4500

2

ASSENTED-TO BY:

**PARALLAX VOLATILITY ADVISORS, L.P.**

By its Attorneys,

*/s/ Kevin J. Mahoney*
Jennifer A. Serafyn (BBO # 653739)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
TEL: 617-946-4800
jserafyn@seyfarth.com

Kevin J. Mahoney (*pro hac vice*)
IL # 6299398
SEYFARTH SHAW LLP
233 South Wacker Dr., Suite 8000
Chicago, IL 60606
(312)460-5737

## CERTIFICATE OF SERVICE

I, Douglas B. Otto, do hereby certify that on this 22nd day of April, 2026, a copy of the foregoing Assented-to Motion has been filed through the Court's CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class first class mail, postage prepaid, to those indicated as non-registered NEF participants.

*/s/ Douglas B. Otto*
Douglas B. Otto