UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                            )
PARALLAX VOLATILITY ADVISORS, L.P., )
a California Limited Partnership,                    )
                                    Plaintiff,           )
                                                            )
 v.                                                         )        CIVIL ACTION NO. 26-10483-MJJ
                                                            )
JONATHAN WEEDON AND LAVENDER    )
TRADING SOLUTIONS,                            )
                                    Defendants.        )
_____)

**MOTION BY DEFENDANTS TO ENLARGE THE
TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the defendants, Jonathan Weedon and Lavender Trading Solutions, hereby move this Honorable Court to enlarge the time by which they have to respond to the Complaint by plaintiff, Parallax Volatility Advisors, L.P. [ECF No. 1]. In support hereof, the defendants state as follows:

1.      The Complaint in this matter was filed on January 30, 2026.

2.      The defendants accepted service on February 23, 2026. (*See*, Waiver of Service of Summons, ECF No. 5.) As a result, the defendants were first due to respond to the Complaint on or by April 24, 2026.

3.      Following acceptance of service, the plaintiff and defendants (the "Parties"), through their respective counsel, have been engaged in discussions to expedite a possible early resolution of this matter. As part of those discussions, the Parties have been negotiating a workable forensic review of the defendants' IT systems.

4.      Given those discussions, the defendants filed, and this Court granted, an Assented-to Motion to Enlarge the Time to Respond to the Plaintiff's Complaint through and including May 26, 2026 [ECF No.s 9, 10].

5.      As part of their discussions concerning a forensic review, the plaintiff submitted a number and variety of ESI and device inquiries to the defendants to which the defendants responded to each in writing. Since that response - - on April 15, 2026, over 35 days ago, the defendants have not heard from plaintiff.

6.      The defendants have since followed-up on the exchange referenced in ¶5 above, including with a proposal to pursue the aforestated forensic review but, again, have not received a response.

7.      Accordingly, in light of the approaching deadline to respond to the plaintiff's Complaint and the intervening Memorial Day holiday, the defendants are requesting an additional fourteen (14) days by which to respond to the Complaint through and including June 9, 2026.

8.      The defendants have sought the assent of plaintiff's counsel to their request herein, but plaintiff's counsel has not responded.

9.      The defendants submit that their request herein will not prejudice the plaintiff and will ultimately promote judicial efficiency.

**WHEREFORE**, the defendants, Jonathan Weedon and Lavender Trading Solutions, respectfully request that this Court grant them an enlargement of time by which to respond to the Complaint by plaintiff, Parallax Volatility Advisors, L.P., through and including June 9, 2026.

**JONATHAN WEEDON AND
LAVENDER TRADING SOLUTIONS,**

By their attorneys,

Dated:  May 21, 2026                    */s/ Douglas B. Otto*
                                        Douglas B. Otto (BBO#555269)
                                        DARROWEVERETT LLP
                                        50 Congress Street, Suite 1040
                                        Boston, MA 02109
                                        dotto@darroweverett.com
                                        (617) 443-4500

2

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Douglas B. Otto, do hereby certify that I have attempted to confer with opposing counsel in a good faith attempt to resolve or narrow the issues presented by this Motion but have been unable to resolve them as of this filing.


Dated:  May 21, 2026                                    */s/ Douglas B. Otto*
                                                               Douglas B. Otto


## CERTIFICATE OF SERVICE

I, Douglas B. Otto, do hereby certify that on this 21st day of May, 2026, a copy of the foregoing Motion has been filed through the Court's CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class first class mail, postage prepaid, to those indicated as non-registered NEF participants.


                                                       */s/ Douglas B. Otto*
                                                         Douglas B. Otto