**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PARALLAX VOLATILITY ADVISORS, L.P., a California limited partnership,<br><br>    Plaintiffs,<br><br>    v.<br><br>JONATHAN WEEDON; LAVENDER TRADING SOLUTIONS, and DOES I to X,<br><br>    Defendant. | Civil Action No.  26-10483-MJJ |

**JOINT STATEMENT PURSUANT TO**
**FED. R. CIV. P. 26 AND LOCAL RULE 16.1**

Plaintiff, Parallax Volatility Advisors, L.P. ("Parallax" or "Plaintiff"), and Defendants, Jonathan Weedon and Lavender Trading Solutions (collectively, "Defendants"), hereby submit this joint statement in accordance with Fed. R. Civ. P. 16 and 26(f) and Local Rule 16.1.  Pursuant to the Notice of Scheduling Conference dated May 27, 2026, an initial scheduling conference is scheduled to be held remotely on June 24, 2026 at 2:15 p.m. The parties have conferred as required by Local Rule 16.1 and submit the following joint statement:

**A.  Proposed Timetable for Discovery and Motion Practice**

Pursuant to Fed. R. Civ. P. 16(b) and 26(f) and Local Rule 16.1(d)(1) and (2), the Parties propose the following discovery plan for the Court's consideration:

1.    Initial Disclosures.  Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by July 10, 2026.

2.    Amendments to Pleadings.  Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after October 30, 2026.

3.    Fact Discovery - Interim Deadlines.

   a.    All requests for production of documents and interrogatories must be served by January 15, 2027.

    b.      All requests for admission must be served by February 15, 2027.

    c.      All depositions, other than expert depositions, must be completed by April 15, 2027.

4.      <u>Fact Discovery - Final Deadline</u>.  All discovery, other than expert discovery, must be completed by April 30, 2027.

5.      <u>Status Conference</u>.  A status conference will be held at the Court's convenience.

6.      <u>Expert Discovery</u>.

    a.      The plaintiff's trial experts must be designated, and information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by June 14, 2027.

    b.      The plaintiff's trial experts must be deposed by July 14, 2027.

    c.      The defendants' trial experts must be designated, and information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by July 15, 2027.

    d.      The defendants' trial experts must be deposed by August 13, 2027.

7.      <u>Dispositive Motions</u>.

    a.      Dispositive motions, such as motions for summary judgment and motions for judgment on the pleadings must be filed by September 15, 2027.

    b.      Oppositions to dispositive motions must be filed within 30 days after service of the motion.

8.      <u>Initial Pretrial Conference</u>.  To be determined by the Court.

## B.  Local Rule 16.1(d)(3) Certifications

The Parties' certifications required by Local Rule 16.1(d)(3) are attached hereto as Exhibits A and B respectively.

## C.  No Consent to Reassignment to Magistrate

The Parties do not consent to reassignment of the case to a magistrate for all purposes.

### D.  Plaintiff's Settlement Proposal and Defendant's Response

In accordance with the parties' ongoing discussions, Plaintiff will submit a proposal to Defendants containing a protocol for a forensic examiner to access, image, and inspect Defendants' devices and accounts to determine whether and to what extent those devices and accounts contain Parallax information. Following that examination, Plaintiff will be in a position to present Defendants with a settlement proposal.

Dated:  June 17, 2026

| | |
|---|---|
| **PARALLAX VOLATILITY ADVISORS, L.P.,** | **JONATHAN WEEDON and LAVENDER TRADING SOLUTIONS,** |
| By their attorneys, | By their attorneys, |
| */s/ Jennifer A. Serafyn* | */s/ Douglas B. Otto* |
| Jennifer A .Serafyn (BBO No. 653739) | Douglas B. Otto (BBO No. 55269) |
| SEYFARTH SHAW LLP | DARROW EVERETT LLP |
| Two Seaport Lane | 50 Congress Street |
| Suite 1200 | Suite 1040 |
| Boston, MA 02210 | Boston, MA 02109 |
| Email:  jserafyn@seyfarth.com | Email:  dotto@darroweverett.com |
| Tel:  617-946-4800 | Tel:  617-443-4500 |

Kevin J. Mahoney (Pro Hac Vice)
SEYFARTH SHAW LLP
233 S. Wacker Drive
Suite 8000
Chicago, IL 60606
Email:  kmahoney@seyfarth.com
Tel:  312-460-5737